# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC GREENE,<br><br>      Petitioner,<br><br>   vs.<br><br>WILLIAM SULLIVAN,<br><br>      Respondent.<br>_____/ | 1:07-cv-00429 LJO SMS (HC)<br><br>ORDER AUTHORIZING<br>IN FORMA PAUPERIS STATUS |

Petitioner is a state federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.

IT IS SO ORDERED.

**Dated:   October 5, 2007**         /s/ Sandra M. Snyder
                                              UNITED STATES MAGISTRATE JUDGE